**KAUFMAN DOLOWICH LLP**
Tad Devlin (SBN 190355)
Angela Killian (SBN 346212)
Irene Liu (SBN 356124)
425 California Street, Suite 2100
San Francisco, California 94104
Telephone: (415) 926-7600
Facsimile: (415) 926-7601
Emails: tdevlin@kaufmandolowich.com
Angela.killian@kaufmandolowich.com
Irene.liu@kaufmandolowich.com

Attorneys for Plaintiff
JOHN DOE, a Minor, by and Through His
Parent and Next Friend of, JANE DOE

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE, a Minor, by and Through His Parent and Next Friend of, JANE DOE<br><br>Plaintiffs,<br><br>v.<br><br>PALO ALTO UNIFIED SCHOOL DISTRICT, PALO ALTO HIGH SCHOOL, BRENT KLINE, JERRY BERKSON, and DON AUSTIN,<br><br>Defendants. | No. 5:25-cv-04202<br><br>**APPLICATION TO PROCEED ANONYMOUSLY USING PSEUDONYMS AND FOR PROTECTIVE ORDER** |

Plaintiff JOHN DOE, a Minor, by and Through His Parent and Next Friend of, by and through his attorneys, now files this Motion to Proceed Anonymously Using Pseudonyms, and states the following in support:

1. This case involves allegations by Plaintiff that Defendants have violated the constitutional rights of Plaintiff pursuant to 42 U.S.C. § 1983.

2. Plaintiff further alleges that he was subjected to harassment and retaliation by school administrators and peers.

3. Plaintiff requests permission to proceed anonymously in this case due to the following reasons: (1) Plaintiff is a minor, and (2) Plaintiff's anonymity is necessary to prevent further harassment and retaliation from school administrators and peers.

4. Courts may determine that "nondisclosure of [a] party's identity is necessary … to protect a person from harassment, injury, ridicule, or personal embarrassment" and permit parties to use pseudonyms. *Does 1 thru XXIII v. Advanced Textile Corp.*, 214 F.3d 1068-69 (9th Cir. 2000). A party may proceed under a pseudonym when their "need for anonymity outweighs prejudice to the opposing party and the public's interest in knowing the party's identity." *Id.* at 1067.

5. The Ninth Circuit identifies three factors determining when it may be appropriate for a party to proceed under a pseudonym, which are the following: "(1) the severity of the threatened harm, (2) the reasonableness of the anonymous party's fears, and (3) the reasonableness of the anonymous party's vulnerability to such retaliation." *Id.* at 1068.

6. As alleged in the Complaint, Plaintiff suffered retaliation and was the target of harassment by school administrators and his peers after he sought to report a Title IX Complaint.

7. Plaintiff's fears of retaliation and harassment are reasonable, as his attempts to express frustration against Defendants' actions and Plaintiff's perceived lack of cooperation with Defendants were met with retaliatory harm to his reputation and his right to participate in the educational process.

8. Plaintiff is particularly vulnerable as he is susceptible to retaliation by the school administrators who are in a position of authority over Plaintiff's school records and academic references, Plaintiff is a student, and the highly sensitive nature of the subject matter involved relating to serious allegations may garner significant media and/or public attention causing further emotional injury to Plaintiff.

9. Plaintiff's Parent and Next Friend of, JANE DOE, should be permitted to proceed with the use of a pseudonym to protect the identity of Plaintiff, as use of JANE

DOE's legal name will likely cause Plaintiff's identity to become easily identifiable. JANE DOE is Plaintiff's mother.

10. Requiring Plaintiff and his Parent and Next Friend of, JANE DOE, to proceed without the protection of using a pseudonym, is against the public interest because future students will likely be deterred from enforcing their rights – they risk serious retaliation from their peers and academic community and must contemplate the risk of mental harm associated with public identification even where the subject matter is of a highly sensitive nature.

11. Plaintiff respectfully requests this Court to grant Plaintiff's application to proceed under a pseudonym, because Plaintiff is a minor and all of the relevant factors weigh in Plaintiff's favor to use a pseudonym.

DATED: May 15, 2025            **KAUFMAN DOLOWICH LLP**

_____
Tad A. Devlin
Angela Killian
Irene Liu
Attorneys for Plaintiff
JOHN DOE, a Minor, by and Through His Parent and Next Friend of, JANE DOE