UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DOE, et al
_____ ,

Plaintiff,

v.

PALO ALTO UNIFIED SCHOOL DISTRICT, et al
_____ ,

Defendant.

Case No. _5:25-cv-04202-SVK____

**MOTION TO SUBSTITUTE LAW FIRM; ~~PROPOSED~~ ORDER**

On behalf of (party name) __John Doe_____ , the following attorney(s)

(1) move(s) to substitute as counsel of record,

(2) certify they are members in good standing of this Court's bar,

(3) attest to the consent of current counsel to be withdrawn, and

(4) attest to the consent of the party represented.

Name(s) of new counsel seeking to appear and firm name:

Tad Devlin SBN: 190355, Quintairos, Prieto, Wood & Boyer P.A.

Name(s) of counsel withdrawing from representation and firm name:

Asit S Panwala, Kaufman Dolowich LLP

Date: __/s/Tad Devlin_____

**~~[PROPOSED]~~ ORDER**

The substitution of attorney(s) and firm is hereby approved and so ORDERED.

Date: June 4, 2026

_____

UNITED STATES ~~DISTRICT~~/MAGISTRATE JUDGE

United States District Court
Northern District of California