UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE, et al.,<br><br>   Plaintiffs,<br><br>  v.<br><br>PALO ALTO UNIFIED SCHOOL DISTRICT, et al.,<br><br>   Defendants. | Case No. 25-cv-04202-SVK<br><br>**ORDER ON STIPULATION TO MODIFY CASE SCHEDULE**<br><br>Re: Dkt. No. 36 |

Having reviewed the Parties' stipulation to continue trial and related dates, and good cause appearing, the Court **ORDERS** that the case schedule (*see* Dkt. 31) is **MODIFIED** as follows:

| Scheduled Event | Existing Date (*see* Dkt. 31) | New Date |
|---|---|---|
| Close of <u>All</u> Fact Discovery | 7/31/26 | 3/12/27 |
| ADR Completion (private ADR) | 8/31/26 | 4/9/27 |
| Expert Disclosures | 8/14/26 | 5/7/27 |
| Further Case Management Conference | none | 5/11/27 at 9:30 a.m.<br><br>Joint CMC statement due 5/4/27 |
| Rebuttal Expert Disclosures | 9/4/26 | 5/28/27 |
| Close of Expert Discovery | 9/30/26 | 6/11/27 |
| Dispositive Motions | Last day to file: 10/13/26<br><br>Hearing: 11/17/26 at 10:00 a.m. | Last day to file: 6/29/27<br><br>Hearing: 8/3/27 at 10:00 a.m. |

United States District Court
Northern District of California

| Pretrial Filing Deadlines | 1/14/27 and 1/21/27 | 9/30/27 and 10/7/27 |
|---|---|---|
| Final Pretrial Conference | 2/4/27 at 10:00 a.m. | 10/21/27 at 10:00 a.m. |
| Jury Trial | 2/16/27 at 8:30 a.m. | 11/1/27 at 8:30 a.m. |

**SO ORDERED.**

Dated: June 23, 2026

SUSAN VAN KEULEN
United States Magistrate Judge

United States District Court
Northern District of California

2